### FULLER & JOHNSON MANUF'G CO. v. NAGLEY et al.

(Circuit Court, N. D. New York. October 15, 1895.)

C. H. Duell, for complainant.
C. W. Smith, for defendants.

COXE, District Judge. As precisely the same questions are involved as in the preceding case (Fuller & Johnson Manuf'g Co. v. Bender, 69 Fed. 999), the bill must be dismissed.